IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

DEC 1 3 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HOME EQUITY ASSET TRUST 2007-3 HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2007-3,<br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS SOSA, MARIA DELCARMEN GONZALEZ, JOANN JEANETTE SOSA, RICHARD SOSA, III, CLARISSA SOSA, ESMERELDA SOSA, MARISOL SOSA,<br>    Defendants. | Civil Action No.<br>DR-22-CV-015-AM/VRG |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On December 12, 2022, the parties filed a joint stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITHOUT PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that the Clerk shall close this cause.

SIGNED and ENTERED on this 13th day of December 2022.

_____
ALIA MOSES
Chief United States District Judge